# EXHIBIT – 2 –



Marc Goldner <marc@goldenbellstudios.com>

## Webcomic Name Game Future Plans
1 message

**Marc Goldner** <marc@goldenbellstudios.com>　　　　　　　　　　　　　　Mon, Jun 26, 2017 at 1:21 AM
To: alexanderdnorris@gmail.com
Cc: Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>, jim@goldenbellstudios.com

Dear Alex,

I am sorry that we haven't gotten to chat yet but I am super excited to be working on this! You haven't met any of us yet but I wanted you to meet Rob (Chief Content Officer), Rachel (our President and wonderful artist), Jim (our Marketing Officer), and I'm just a guy. I am sure Jason has told you about our plans for the game and I imagine you're super excited. With Pretending to Grownup out of the gate, and now Turtles Riding Airships on the runway this is a great time for all of us. We just signed Peter Chiykowski and we'll be doing his next book but the kicker is with Turtles we are doing accompanied stuffed animals, a children's book, and SPOILER a turtle airship DRONE! Yeah I know we all freaked when I came up with it one late night with Peter on the phone before even the man himself Jason knew haha I hope you share a similar passion for games as we do and are loving what Jason has initially designed. He's ranted and raved about the play testing sessions you guys have had and feels that you have something truly special so that just makes me more excited. I hope that we can meet soon and talk about all the plans. I would love to talk with you more VIA phone 516.984.1466 is my number so we can just shoot the shiz whenever. For WNG jason asked me to get a contract out to you so its all official and you're getting half the payment as promised and complimentary games. If you have any questions please let me know. I think the big things we should think about the next few months is what derivative merchandise will accompany the game; our first instinct from Rachel is to obviously make the cutest Stuffed Plush ever and it can potentially be voice activated as you squeeze it with dozens of catch phrases we all mutually agree represent the brand that we're building here together. Depending on the route of the final humor and writing there are potentials for a stand alone comic, a children's book, or something else. We are open to ideas from all sides and hope you're as excited as we are to start creating!

Best Regards,
Marc