UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Marc Goldner, Golden Bell Entertainment, LLC, et al.**, <br><br> Plaintiffs <br><br> v. <br><br> **Alexander Norris, Andrews McMeel Universal, LLC., and Andrews McMeel Publishing, LLC** <br><br> Dendant | Case No. 1:23-cv-4078 (AKH) <br><br> **STIPULATION SETTING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and Defendants Andrews McMeel Universal, LLC and Andrews McMeel Publishing, LLC., by their undersigned counsel, as follows:

1. Defendants **Andrews McMeel Publishing LLC** and **Andrews McMeel Universal, LLC** (together "**AMP**") accept service of process and will not contest service.

2. Defendants' AMP's time to answer or otherwise respond to the Complaint is agreed to be set at **November 8, 2023**.

3. Defendant Alexander Norris resides in the United Kingdom and has yet to be served.

4. No prior requests for any extentions of time have been made in this case.

5. There are no other scheduled dates in this matter except for an Initial Conference which was set for September 22, 2023. In light of the Court's Rule 2.A., it will make sense to adjourn the Initial Conference until the other defendant is served and until coordination of matters with a related case, *Norris v. Goldner* [19-cv-05491 (PAE)(SN)] are assessed by counsel. **The Initial Conference is adjourned to Friday, December 1, 2023, at 10:00 a.m.**

1

6. The time will allow AMP's counsel to become familiar with the case and to explore whether resolution is possible.

Dated: September 6, 2023

| GERARD FOX LAW P.C. | MILLER KORZENIK SOMMERS RAYMAN LLP |
|---|---|
| By: __/s/ Ryan Dolan_____ | By: _____//s// David S. Korzenik_____ |
|     Ryan Dolan |     David S. Korzenik |
| 1345 Sixth Avenue, 33rd Fl.<br>New York, NY 10105<br>Tel: (646). 690-4980<br>rdolan@gerardfoxlaw.com<br>gfox@gerardfoxlaw.com<br>*Counsel for Plaintiffs* | The Paramount Building<br>1501 Broadway, Suite 2015<br>New York, NY 10036<br>Tel: 212-752-9200<br>dkorzenik@mkslex.com<br>gvernick@mkslex.com<br>*Counsel for Defendants Andrews McMeel Publishing LLC and Andrews McMeel Universal, LLC.* |

**SO ORDERED:**

/s/ Alvin Hellerstein
HON. ALVIN K. HELLERSTEIN, U.S.D.J.
DATED: SEPT. 7, 2023