UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC., et al.,

                            Plaintiffs,

        -against-

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC., and ANDREWS MCMEEL
PUBLISHING, LLC.,

                            Defendants.
------------------------------------------------------------X

23-CV-04078 (PAE)(SN)

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2023

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiffs filed their complaint on May 31, 2023, and the Court issued an electronic summons as to all defendants on June 13, 2023. Accordingly, the 90-day window for service on Defendant Alexander Norris closed on September 11, 2023. Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

      At a conference held on October 19, 2023, this issue was raised, and Plaintiffs did not request additional time to serve Defendant Norris or justify their failure to timely do so. It is unclear what justification they might have given that the parties have been in active litigation since 2019. See Norris v. Goldner, et al., 19-cv-05491 (PAE)(SN).

Accordingly, Plaintiffs are hereby ORDERED to show cause no later than November 3, 2023, as to why this action should not be dismissed for failure to serve process in the time required by Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 23, 2023
           New York, New York