UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARC GOLDNER, Individually and as Officer of GOLDEN BELL ENTERTAINMENT, LLC, a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC., a Nevada Company and GOLDEN BELL STUDIOS, LLC., | : : : : : : : | Civil Action No.  23-CV-04078(PAE)(SN) |
| Plaintiffs | : : | SHOW OF CAUSE |
| v. | : : | |
| ALEXNADER NORRIS, | : : | |
| And | : : | |
| ANDREWS MCMEEL UNIVERSAL, LLC AND ANDREWS MCMEEL PUBLISHING, LLC | : : | |
| Defendants | | |

1

I, ADRIANA DIAZ, declares as follows:

1. I am a paralegal with Gerard Fox Law, P.C. and am familiar with the process serving efforts in the above captioned matter.

2. I have diligently searched for addresses connected with Alexander Norris. The only address we were able to recover for this defendant was a London-based address.

3. Upon discovering this address, we engaged a service process company by the name of "Full Force" to effectuate service at the address associated with Defendant Norris. Plaintiffs have been unable to discover any other address associated with Defendant Norris.

I declare the following statements are true to the best of my recollection under the penalty of perjury under the laws of the United States of America

Dated: November 3, 2023
New York, New York

Adriana Diaz