

Ryan Dolan<br>rdolan@gerardfoxlaw.com

November 8, 2023

<u>**VIA NYSCEF**</u>

Hon. Sarah Netburn
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Goldner v. Norris et al.*

Dear Judge Netburn,

Plaintiffs and Andrews McMeel ("Defendant") hereby submit this joint letter pursuant to the Court's request during the October 19, 2023, telephonic conference. Given the pending order to show cause, and the fact that Defendant Alexander Norris is still yet to be served in the matter, Plaintiffs are hereby consenting to extending the time to file responsive papers for Defendants until January ___, 2023.

During such time, Plaintiffs ensure that they will diligently review and explore all options concerning the validity of their claims, and potential resolutions with Defendants, as well as keep Defendants and the Court abreast of future developments.

| GERARD FOX LAW P.C. | MILLER KORZENIK SOMMERS RAYMAN LLP |
|---|---|
| By: ___/s/Ryan Dolan_____ | By: _____//s// David S. Korzenik_____ |
| Ryan Dolan | David S. Korzenik |
| 1345 Sixth Avenue, 33rd Fl. | The Paramount Building |
| New York, NY 10105 | 1501 Broadway, Suite 2015 |
| Tel: (646). 690-4980 | New York, NY 10036 |
| rdolan@gerardfoxlaw.com | Tel: 212-752-9200 |
| gfox@gerardfoxlaw.com | dkorzenik@mkslex.com |
| *Counsel for Plaintiffs* | gvernick@mkslex.com |
| | *Counsel for Defendants Andrews McMeel Publishing LLC and Andrews McMeel Universal, LLC.* |

1880 Century Park East  |  Suite 1410  |  Los Angeles, CA 90067  |  310-441-0500  |  www.gerardfoxlaw.com