

rdolan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2023

November 9, 2023

<u>**VIA NYSCEF**</u>

Hon. Sarah Netburn
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Goldner v. Norris et al.*

Dear Judge Netburn,

Plaintiffs and Andrews McMeel ("Defendant") hereby submit this joint letter pursuant to the Court's request during the October 19, 2023, telephonic conference. Given the pending order to show cause, and the fact that Defendant Alexander Norris is still yet to be served in the matter, Plaintiffs are hereby consenting to extending the time to file responsive papers for Defendants until January 17, 2023.

During such time, Plaintiffs ensure that they will diligently review and explore all options concerning the validity of their claims, and potential resolutions with Defendants, as well as keep Defendants and the Court abreast of future developments.


GERARD FOX LAW P.C.                    MILLER KORZENIK SOMMERS RAYMAN LLP

By:    /s/Ryan Dolan                   By:    //s// David S. Korzenik

---

The parties' request is GRANTED. Defendant Andrews McMeel Publishing, LLC and Defendant Andrews McMeel Universal, LLC are directed to file responsive papers by January 17, 2024.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: November 14, 2023
       New York, New York

1880 Century Park East | Suite 1410 | Los Angeles, CA 90067 | 310-441-0500 | www.gerardfoxlaw.com