```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC., et al.,

                            Plaintiffs,                      23-CV-04078 (PAE)(SN)

          -against-                                   **ORDER**

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC., and ANDREWS MCMEEL
PUBLISHING, LLC.,

                            Defendants.
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Court's October 23, 2023 Order to Show Cause, the Plaintiffs filed a Show of Cause arguing that the Complaint should not be dismissed for failure to timely serve Defendant Norris because the Plaintiffs made reasonable efforts to serve Defendant Norris in the United Kingdom and Defendant Norris cannot show prejudice from the delay in service. See ECF No. 15. Based on the record and the Plaintiff's submission, the Court does not find that the Plaintiffs made a reasonable effort to serve Defendant Norris. Nevertheless, dismissal is not warranted at this time.

      The parties are directed to meet and confer to address the issue of service. By December 14, 2023, either (1) Plaintiffs are to file a proof of service on Defendant Norris, or (2) the parties are to file a joint stipulation informing the Court of Defendant Norris's intention to waive service.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     November 14, 2023
                  New York, New York