UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marc Goldner, Golden Bell Entertainment, LLC, et al.,<br><br>                                  Plaintiffs<br>v.<br><br>Alexander Norris, Andrews McMeel Universal, LLC., and Andrews McMeel Publishing, LLC<br>                                  Dendant | Case No. 1:23-cv-4078 (AKH)<br><br>STIPULATION OF WAIVER OF SERVICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and Defendant Alexander Norris, pursuant to the Court's November 14, 2023 order, by their undersigned counsel, that Defendant Alexander Norris waives personal service of the summons and complaint, pursuant to the attached waiver of service of summons. (See Exhibit 1).

Dated: November 30, 2023

| GERARD FOX LAW P.C. | SAUL EWING LLP |
|---|---|
| By: __/s/Ryan Dolan_____<br>      Ryan Dolan | By: *[signature]* Christie McGuinness<br>      Christie McGuinness<br>      Francelina Perdomo Klukosky |
| Gerard Fox Law P.C.<br>1345 Sixth Avenue, 33rd Fl.<br>New York, NY 10105<br>Tel: (646). 690-4980<br>rdolan@gerardfoxlaw.com<br>gfox@gerardfoxlaw.com<br>*Counsel for Plaintiffs* | Saul Ewing, LLP<br>1270 Avenue of the Americas<br>Suite 2800<br>New York, NY 10020<br>Tel: 212-980-7200<br>christie.mcguinness@saul.com<br>Francelina.PerdomoKlukosky@saul.com<br>*Counsel for Defendant Alexander Norris.* |

**SO ORDERED:**

_____
HON. SARAH NETBURN
DATED: November __, 2023

1