UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023

Marc Goldner, Golden Bell Entertainment, LLC, et al.,

                          Plaintiffs

v.

Alexander Norris, Andrews McMeel Universal, LLC., and Andrews McMeel Publishing, LLC

                          Dendant

Case No. 1:23-cv-4078 (AKH)

STIPULATION OF WAIVER OF SERVICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and Defendant Alexander Norris, pursuant to the Court's November 14, 2023 order, by their undersigned counsel, that Defendant Alexander Norris waives personal service of the summons and complaint, pursuant to the attached waiver of service of summons. (See Exhibit 1).

Dated: November 30, 2023

GERARD FOX LAW P.C.

By: __/s/Ryan Dolan_____
     Ryan Dolan

Gerard Fox Law P.C.
1345 Sixth Avenue, 33rd Fl.
New York, NY 10105
Tel: (646). 690-4980
rdolan@gerardfoxlaw.com
gfox@gerardfoxlaw.com
*Counsel for Plaintiffs*

SAUL EWING LLP

By: *Christie McGuinness* (signature)
Christie McGuinness
Francelina Perdomo Klukosky

Saul Ewing, LLP
1270 Avenue of the Americas
Suite 2800
New York, NY 10020
Tel: 212-980-7200
christie.mcguinness@saul.com
Francelina.PerdomoKlukosky@saul.com
*Counsel for Defendant Alexander Norris.*

SO ORDERED:

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 1, 2023
      New York, New York

1