## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC GOLDNER, Individually and as Officer of GOLDEN BELL ENTERTAINMENT, LLC, a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC., a Nevada Company and GOLDEN BELL STUDIOS, LLC., <br><br> Plaintiffs, <br><br> - against – <br><br> ALEXANDER NORRIS, <br><br> And <br><br> ANDREWS MCMEEL UNIVERSAL, LLC AND ANDREWS MCMEEL PUBLISHING, LLC <br><br> Defendants. | Civil Action No.: 1:23-cv-04078-PAE-SN <br><br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Kindly enter the appearance of Francelina M. Perdomo Klukosky as counsel on behalf of Defendant Alexander Norris in the above-captioned action. I am admitted to practice in this court.

Dated: New York, New York
January 24, 2024

*/s/ Francelina M. Perdomo Klukosky*
Francelina M. Perdomo Klukosky
Saul Ewing LLP
1270 Avenue of Americas, Suite 2800
New York, New York 10020
P: (212) 980-7205
E: Francelina.PerdomoKlukosky@saul.com
*Attorney for Defendant Alexander Norris*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance* was served via the Court's ECF system on all counsel of record.

Dated: January 24, 2024

*/s/ Francelina M. Perdomo Klukosky*
Francelina M. Perdomo Klukosky