UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC, et al.,**

                              **Plaintiffs,**           23-CV-04078 (PAE)(SN)

            -against-                                     **ORDER**

**ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC, and ANDREWS MCMEEL
PUBLISHING, LLC,**

                              **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Gerald Fox Law, P.C. (the "Firm") and Gerald Fox (together, "Counsel") have moved to withdraw as counsel for the Plaintiffs. Counsel state that they can no longer represent Plaintiffs because (1) they no longer have New York licensed attorneys in a New York office at the Firm; (2) they would incur "substantial financial hardship" if required to continue to represent Plaintiffs; and (3) Counsel and Plaintiffs have fundamental disagreements. ECF No. 25-2. Plaintiffs object to the motion to withdraw.

      The Court held a hearing on the motion. Counsel did not appear but instead sent a retained attorney (not from the Firm) on its behalf. The retained attorney, unfortunately, had little information regarding the intricacies of this representation and dispute. In particular, Plaintiffs represented that they had already paid the Firm for this representation and so it would be unfair to allow Counsel to withdraw.[1]

---

[1] Separately, Defendants Andrews McMeel Universal and Andrews McMeel Publishing asked whether the claims against them were going to be narrowed or dismissed, as apparently discussed previously with Counsel; questions the retained attorney could not answer.

By February 6, 2024, Counsel is ORDERED to file, *ex parte* and under seal, its retainer agreements and to send Plaintiffs a copy of the same. The Court will review the relevant agreements and to determine whether an *ex parte* conference with Counsel and Plaintiffs is appropriate.

In light of the open questions raised by the Andrews McMeel Defendants, all deadlines are STAYED pending further Order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  February 5, 2024
        New York, New York