UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC, et al.,

                    Plaintiffs,

         -against-

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC, and ANDREWS MCMEEL
PUBLISHING, LLC,

                  Defendants.
-----------------------------------------------------------------X

23-CV-04078 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2024

**SARAH NETBURN, United States Magistrate Judge:**

       Gerard Fox failed to appear at the *ex parte* telephone conference scheduled for February 28, 2024, at 11:00 a.m. Accordingly, the conference is ADJOURNED to March 1, 2024, at 12:00 p.m. EST. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

       Gerard Fox is warned that the Court may impose sanctions for the failure to comply with a Court order. Fed. R. Civ. P. 16(f).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 28, 2024
                New York, New York