```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC, et al.,

                        Plaintiffs,          23-CV-04078 (PAE)(SN)

         -against-                    **ORDER**

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC, and ANDREWS MCMEEL
PUBLISHING, LLC,

                        Defendants.
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        As discussed during the conference on March 11, 2024, the parties are directed to file a joint letter by March 15, 2024, informing the Court whether the Plaintiffs intend to amend their complaint and proposing deadlines for the Defendant(s) to answer or otherwise respond to the complaint.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      March 11, 2024
                 New York, New York

1