Gerard P. Fox
gfox@gerardfoxlaw.com

March 15, 2024

<u>*VIA NYSCEF*</u>

Hon. Sarah Netburn
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**     *Goldner v. Norris et al.*

Dear Judge Netburn,

Plaintiffs, Marc Goldner, Individually and as Officer of Golden Bell Entertainment, LLC, a California company, and Golden Bell Studios, LLC, Golden Bell Entertainment, LLC, a Nevada company, and Golden Bell Studios, LLC, hereby withdraw all claims against Defendants Andrews McMeel Universal, LLC and Andrews McMeel Publishing, LLC; and also withdraw all claims except the breach of contract and defamation claims against Alexander Norris.  Plaintiffs' counsel is in the process of working through the issues on the breach of contract and defamation claims with the client.  It is likely but not certain that Plaintiffs will seek leave to amend the complaint. Plaintiffs respectfully request until April 30, 2024, for the filing of that motion.

| GERARD FOX LAW P.C. | MILLER KORZENIK SOMMERS RAYMAN LLP |
|---|---|
| By: *Gerard P. Fox* (signature) | By: /s/ David S. Korzenik |
| Gerard P. Fox | David S. Korzenik |
| 1880 Century Park E Suite 1410 | The Paramount Building |
| Los Angeles, CA 90067 | 1501 Broadway, Suite 2015 |
| Tel: (310)-441-0400 | New York, NY 10036 |
| gfox@gerardfoxlaw.com | Tel: 212-752-9200 |
| *Counsel for Plaintiffs* | dkorzenik@mkslex.com |
| | *Counsel for Defendants Andrews McMeel Publishing LLC and Andrews McMeel Universal, LLC.* |
| | By: /s/ Christie R. McGuinness |
| | Christie R. McGuinness |
| | Saul Ewing LLP |
| | 1270 Avenue of Americas, Suite 2800 |
| | New York, New York 10020 |
| | Tel: (212) 980-7205 |
| | christie.mcguinness@saul.com |
| | *Attorney for Defendant Alexander Norris* |

1