UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC GOLDNER, Individually and as Officer of GOLDEN BELL ENTERTINAMENT, LLC, a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC., a Nevada Company and GOLDEN BELL STRUDIOS, LLC.,

    Plaintiffs,

vs.

ALEXANDER NORRIS,

And

ANDREWS MCMEEL UNIVERSAL, LLC AND ANDREWS MCMEEL PUBLISHING, LLC

    Defendants.

---

Case No. 1:23-cv-04078-PAE-SN

**DECLARATION OF GERARD P. FOX IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Gerard P. Fox, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the founder and senior partner with the law firm of GERARD FOX LAW P.C. and have personal knowledge of the facts stated herein.

2. I submit this declaration in support of my Motion for Admission to practice Pro Hac Vice and appear as counsel for Plaintiffs MARC GOLDNER, GOLDEN BELL ENTERTAINMENT, LLC., and GOLDEN BELL STRUDIOS, LLC., in the above-captioned action. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the

states of California, District of Columbia, and Maryland.

3. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Date: March 19, 2024

Los Angeles, California

GERARD FOX LAW P.C.

By: _____
Gerard P. Fox
1880 Century Park E Suite 1410
Los Angeles, CA 90067
Tel: (310)-441-0500
Fax: (310)-441-4447
gfox@gerardfoxlaw.com
*Counsel for Plaintiffs*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 19th day of MARCH, 20 24, by GERARD P FOX
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ROBERT HONANIAN
Notary Public - California
Los Angeles County
Commission # 2376808
My Comm. Expires Sep 28, 2025

(Seal)   Signature _____