UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
:
MARC GOLDNER, Individually and as Officer of : Case No. 1:23-cv-04078-PAE-SN
GOLDEN BELL ENTERTINAMENT, LLC, a :
California company and GOLDEN BELL :
STUDIOS, LLC, GOLDEN BELL :
ENTERTAINMENT, LLC., a Nevada Company :
and GOLDEN BELL STRUDIOS, LLC., :
: **[PROPOSED] ORDER FOR**
Plaintiffs, : **ADMISSION PRO HAC VICE**
:
vs. :
:
ALEXANDER NORRIS, :
:
And :
:
ANDREWS MCMEEL UNIVERSAL, LLC :
AND ANDREWS MCMEEL PUBLISHING, :
LLC :
:
Defendants. :
:
---------------------------------------------------------------------- X

The Motion of Gerard P. Fox, for Admission to practice Pro Hac Vice in the above-captioned action is granted.

Gerard P. Fox has declared that he is a member in good standing of the bars of the states of California, District of Columbia, and Maryland, and that his contact information is as follows:

GERARD FOX LAW P.C.
Gerard P. Fox
1880 Century Park E Suite 1410
Los Angeles, CA 90067
Tel: (310)-441-0500
Fax: (310)-441-4447
Email: gfox@gerardfoxlaw.com

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel

for Plaintiffs MARC GOLDNER, GOLDEN BELL ENTERTAINMENT, LLC., and GOLDEN BELL STRUDIOS, LLC., in the above-captioned action;

**IT IS HEREBY ORDERED** that Gerard P. Fox is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____

                                                                         Hon. SARAH NETBURN
                                                                         United States Magistrate Judge