**Adriana Diaz**

| | |
|---|---|
| **From:** | Heather Kyles |
| **Sent:** | Monday, March 18, 2024 5:53 PM |
| **To:** | Adriana Diaz; Teresa Navarrete |
| **Subject:** | FW: Your payment has been processed |

## Heather Kyles
*Executive Assistant to Gerard Fox*
GERARD FOX LAW P.C.
1880 Century Park East
Suite 1410
Los Angeles, Ca 90067
hkyles@gerardfoxlaw.com
www.gerardfoxlaw.com
T: (310)441-0500
F: (310)441-4447

**From:** The State Bar of California <COS@calbar.ca.gov>
**Sent:** Monday, March 18, 2024 5:41 PM
**To:** Gerard Fox <gfox@gerardfoxlaw.com>
**Subject:** Your payment has been processed

" Warning, External Sender"



1

Dear **FOX, Gerard,**

**CERTIFICATE OF STANDING - PAYMENT SUCCESSFUL**

Your payment has been successfully processed and confirmed.

**Invoice No:** C1010915164920240

**PAYMENT AMOUNT :** $41.00

**PAYMENT METHOD:** Visa - 5734

**CONFIRMATION NO:** 7108087988756007303289

Certificates are usually sent within 2 to 4 business days of receipt of your request.

If you need any additional assistance, please do not hesitate to contact us by email at COS@calbar.ca.gov or by phone at 888-800-3400.

Thank you.

Division of Regulation
The State Bar of California | 180 Howard Street | San Francisco CA 94105

Disclaimer: This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law. The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses. References to "Sender" are references to The State Bar Of California. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read. This message is subject to privacy policy available at the following link: https://www.calbar.ca.gov/PrivacyPolicy.aspx. By messaging with Sender you consent to the foregoing.

www.calbar.ca.gov