

**FOX**
Gerard Fox Law

a

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_4/15/2024 _

gfo

April 10, 2024

**_VIA CM ECF_**

Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   **_Goldner v. Norris et al._**

Dear Judge Netburn,

Plaintiffs, Marc Goldner, Individually and as Officer of Golden Bell Entertainment, LLC, a California company, and Golden Bell Studios, LLC, Golden Bell Entertainment, LLC, a Nevada company, and Golden Bell Studios, LLC, write this letter motion seeking a brief, 30 day extension of the currently pending deadlines of April 15, 2024 to file a stipulation to dismiss the claims against the Andrews McMeel defendants, and the April 30, 2024 deadline to file a motion for leave to amend the Complaint, if any.

President and Chief Creative Officer of Golden Bell, Rachel Korsen's, mother was diagnosed with cancer last week, and she has been taken from her business duties to attend to her mother out of state and assist with doctor appointments.  Both Rachel and Marc Goldner have been unable to review and assess their counsel's analysis and recommendations regarding their claims as a result of the cancer diagnosis and related obligations, and have requested a short continuance of the current deadlines to provide them with time to consider their claims and how Plaintiffs will proceed in this matter.

The parties shall file a stipulation dismissing all claims against Defendants Andrews McMeel Universal, LLC, and Andrews McMeel Publishing, LLC by May 15, 2024. Plaintiffs may file an amended complaint by May 30, 2024. If Defendant Norris does not consent to the filing of an amended complaint, Plaintiffs shall file a motion to amend by the same date.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 15, 2024
        New York, New York



a

RESPECTFULLY SUBMITTED,

GERARD FOX LAW P.C.

By: _Gerard P. Fox_

Gerard P. Fox
1880 Century Park E Suite 1410
Los Angeles, CA 90067
Tel: (310)-441-0400
gfox@gerardfoxlaw.com
*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*

2