UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC GOLDNER, Individually and as Officer of GOLDEN BELL ENTERTAINMENT, LLC, a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC, a Nevada company and GOLDEN BELL STUDIOS, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEXANDER NORRIS; ANDREWS MCMEEL UNIVERSAL, LLC; and ANDREWS MCMEEL PUBLISHING, LLC<br><br>*Defendants*. | Case No.: 23-CV-04078(PAE)(SN)<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL**<br><br>Hon. Magistrate Judge Sarah Netburn |

**NOTICE OF DISMISSAL**

Plaintiffs, by and through their undersigned counsel, in accordance with Rule 41 of the Federal Rules of Civil Procedure, hereby dismiss all claims against Defendants, Andrews McMeel Universal, LLC and Andrews McMeel Publishing, LLC**,** without prejudice and without costs or attorney's fees.

Dated: June 16th, 2024

GERARD FOX LAW P.C.

*[signature: Gerard P. Fox]*
_____

Gerard P. Fox
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447
gfox@gerardfoxlaw.com
*Attorneys for Plaintiffs*
Marc Goldner; Golden Bell Entertainment, LLC; & Golden Bell Studios, LLC

SO ORDERED: _____   DATE: _____
          Hon. Sarah Netburn