UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC GOLDNER, Individually and as Officer of GOLDEN BELL ENTERTAINMENT, LLC, a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC, a Nevada company and GOLDEN BELL STUDIOS, LLC., <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEXANDER NORRIS, <br><br> *Defendants*. | Case No.: 23-CV-04078(PAE)(SN) <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIMS** <br><br> Hon. Magistrate Judge Sarah Netburn |

## NOTICE OF DISMISSAL OF CLAIMS

Plaintiffs, by and through their undersigned counsel, in accordance with Rule 41 of the Federal Rules of Civil Procedure, hereby dismiss the Second Cause of Action (Tortious Interference with Prospective Economic Advantage), the Third Cause of Action (Copyright Infringement), the Fourth Cause of Action (Trademark Infringement), and the Fifth Cause of Action (Defamation Per Se) in their Complaint against Defendant, Alexander Norris**,** without prejudice and without costs or attorney's fees.

Dated: July 1st, 2024

GERARD FOX LAW P.C.

*/s/ Gerard P. Fox*
_____

Gerard P. Fox
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447
gfox@gerardfoxlaw.com
*Attorneys for Plaintiffs*
Marc Goldner, Golden Bell Entertainment, LLC; & Golden Bell Studios, LLC

SO ORDERED: _____   DATE: _____
        Hon. Sarah Netburn