

Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

August 12, 2024

**VIA ECF**

The Honorable Sarah Netburn
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *Goldner, et al. v. Norris, et al.*
              Case No. 2:23-cv-04078-PAE-SN

Dear Magistrate Judge Netburn:

      As your Honor is aware, we represent Defendant Alexander Norris ("Defendant") in the above-referenced matter. We write jointly today with Plaintiffs to request an additional extension of Defendant's time to oppose Plaintiffs' Motion For Leave To Amend (the "Motion"), and of Plaintiff's time to submit a reply in further support of the Motion. Doc. No. 56. The Court previously granted Defendant's first extension on July 12, 2024. Doc. No. 58. Accordingly, the new briefing schedule would be as follows: Defendant shall file their Opposition to the Motion by **August 30, 2024**, and Plaintiffs will file any reply in further support of the Motion by **September 13, 2024**. The parties have sought one prior extension, and this extension will not affect any other deadlines in this case.

      The parties thank the Court for its attention to this matter.

                                       Respectfully submitted,

                                       /s/

                                       Francelina M. Perdomo Klukosky, Esq.
                                       Christie R. McGuinness, Esq.
                                       Gerard P. Fox, Esq.

CC: All Counsel Of Record Via ECF.

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7209

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP