

Gerard P. Fox<br>
gfox@gerardfoxlaw.com

September 11, 2024

<u>**VIA CM ECF**</u>

Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re:**     *Goldner v. Norris et al.*

Dear Judge Netburn,

  Plaintiffs, Marc Goldner, Individually and as Officer of Golden Bell Entertainment, LLC, a California company, and Golden Bell Studios, LLC, Golden Bell Entertainment, LLC, a Nevada company, and Golden Bell Studios, LLC, write this letter motion seeking a brief, 14 day extension of the currently pending deadline of September 13, 2024 to file their reply in support of the Motion for Leave to Amend the Complaint. Plaintiffs seek this extension as the arguments raised in Defendant's response are lengthy and more substantive going to the merits of Plaintiffs' claim and require more time to adequately address.

  My office has conferred with counsel for Defendant, Mr. Norris, who has no objection to the extension of time. We respectfully request that this Court grant a 14-day extension of time to September 27, 2024, to file their reply brief. There has been one previous extension of time.

RESPECTFULLY SUBMITTED,

GERARD FOX LAW P.C.

By: _____
Gerard P. Fox
1880 Century Park E Suite 1410
Los Angeles, CA 90067
Tel: (310)-441-0400
gfox@gerardfoxlaw.com
*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*