UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC., et al.,

                        Plaintiffs,

        -against-

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC., and ANDREWS MCMEEL
PUBLISHING, LLC.,

                      Defendants.
-----------------------------------------------------------------X

23-CV-04078 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024

**SARAH NETBURN, United States Magistrate Judge:**

      On September 25, 2024, the parties engaged in a productive settlement conference in this case and the related case, <u>Norris v. Goldner, et al.</u>, 19-cv-05491-PAE-SN. As the parties finalize a settlement agreement, all pretrial deadlines are ADJOURNED until further order by the Court.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:      September 30, 2024
                 New York, New York

1