

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/1/2024__
```

October 31, 2024

<u>VIA CM ECF</u>

Hon. Sarah Netburn  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, NY 10007

Re:     *Norris v. Goldner et al.*

Dear Judge Netburn,

      Pursuant to the Court's October 29, 2024 Order for all parties to appear in-person for the conference scheduled for Thursday, November 14, 2024, at 2:30 P.M. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York (Doc. 65), Gerard P. Fox hereby writes this letter to inform the Court of a subsequent conflict. Mr. Fox has been ordered by the Superior Court for the State of California to appear in-person for a Trial Setting Conference and Order to Show Cause on the same day in the matter of Cheryl Luque v. Marie Luque at 8:30 A.M in Department M302, Superior Court of California, County of Riverside - Menifee Justice Center, Case No. CVSW2208616, assigned to the Honorable Judge Raquel A. Marquez.

      With the Court's permission, Mr. Fox respectfully requests that he be able to appear telephonically for the conference scheduled for Thursday, November 14, 2024, at 2:30 P.M. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Mr. Fox has conferred with counsel for Alexander Norris, who has no objection to Mr. Fox appearing telephonically.

      RESPECTFULLY SUBMITTED,

      GERARD FOX LAW P.C.

      By: _/s/ Gerard P. Fox_____

---

The application to appear by telephone is DENIED. The conference is ADJOURNED to November 18, 2024, at 3:00 P.M.  
**SO ORDERED.**

_____  
SARAH NETBURN  
United States Magistrate Judge

Dated: November 1, 2024  
      New York, New York

1880 Century Park East | Suite 1410 | Los Angeles, CA 90067 | 310-441-0500 | www.gerardfoxlaw.com