Gerard P. Fox, Esq.
gfox@gerardfoxlaw.com

November 12, 2024

<u>**VIA CM ECF**</u>

Hon. Sarah Netburn
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Norris v. Goldner et al.*

Dear Judge Netburn,

  Pursuant to the Court's November 1, 2024 Order for all parties to appear in-person for the status conference adjourned to Monday, November 18, 2024, at 3:00 P.M. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York (Doc. 67), Gerard P. Fox hereby writes this letter to respectfully inform the Court that he will not be in attendance. As of Monday, November 11, 2024, Plaintiff Marc Golder has informed our office that his local counsel, Eleanor M. Lackman of Mitchell Silberberg & Knupp LLP, 437 Madison Ave., 25th Floor, New York, New York, will be attending the hearing instead of having Mr. Fox flown in from Los Angeles, California. Out of respect for his choice, Mr. Fox will not be in attendance as planned.

            RESPECTFULLY SUBMITTED,

            GERARD FOX LAW P.C.

            By: *[signature]*
            Gerard P. Fox
            1880 Century Park E Suite 1410
            Los Angeles, CA 90067
            Tel: (310)-441-0400
            gfox@gerardfoxlaw.com
            *Counsel for Plaintiffs*
            *Admitted Pro Hac Vice*