UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC GOLDNER, GOLDEN BELL ENTERTAINMENT, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER NORRIS, ANDREW MCMEEL UNIVERSAL, LLC, and ANDREWS MCMEEL PUBLISHING, LLC,<br><br>Defendants. | Case No.: 23-CV-04078 (PAE)(SN)<br><br>**NOTICE OF MOTION TO WITHDRAW**<br><br>Hon. District Judge Paul A. Engelmayer |

PLEASE TAKE NOTICE: that, upon the Affidavit of Gerard P. Fox, Esq., submitted herewith as the undersigned attorney for Plaintiffs Marc Goldner, Golden Bell Entertainment, LLC, and Golden Bell Studios, LLC (collectively, "Mr. Goldner"), respectfully moves this Court, before the Hon. District Judge Paul A. Engelmayer at the United States District Courthouse at 40 Foley Square, New York, New York for an Order pursuant to Local Civil Rule 1.4, allowing the withdrawal of Gerard Fox Law, P.C., and its attorneys as counsel of record. Additionally, Gerard Fox Law, P.C. ("Gerard Fox Law"), respectfully moves this Court to stay this case in order for Mr. Goldner to find new representation in the matters. It has been communicated to Gerard Fox Law that Mr. Goldner has already retained counsel, Eleanor Lackman, in another related matter (Norris v. Goldner), and has retained other counsel for legal advice and guidance for action herein (Goldner v. Norris).

//

//

//

Dated: November 22nd, 2024

Respectfully submitted,

GERARD FOX LAW, P.C.

By: _____

Gerard P. Fox
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447
gfox@gerardfoxlaw.com

*Attorney for Plaintiffs*
Marc Goldner; Golden Bell Entertainment, LLC *et. al.*