UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC GOLDNER, GOLDEN BELL ENTERTAINMENT, LLC, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>ALEXANDER NORRIS, ANDREW MCMEEL UNIVERSAL, LLC, and ANDREWS MCMEEL PUBLISHING, LLC,<br><br>  Defendants. | Case No.: 23-CV-04078 (PAE)(SN)<br><br>**[PROPOSED ORDER] GRANTING MOTION TO WITHDRAW**<br><br>Hon. District Judge Paul A. Engelmayer |

## ORDER GRANTING MOTION TO WITHDRAW

UPON the reading and filing of the Motion to Withdraw, dated November 22, 2024, and the accompanying Affidavit of Gerard P. Fox in Support of Motion to Withdraw, dated November 22, 2024, and upon all prior filings, exhibits, and proceedings heretofore had herein;

NOW, on the Motion of Gerard P. Fox and Gerard Fox Law, P.C., Attorneys for Plaintiffs Marc Goldner; Golden Bell Entertainment, LLC; & Golden Bell Studios, LLC (collectively, "Mr. Goldner"); **IT IS HEREBY ORDERED** that:

(1) the Motion to Withdraw is **GRANTED**. Gerard P. Fox and Gerard Fox Law, P.C., are relieved as counsel of record for Plaintiffs Marc Goldner, *et al.*, and no longer represent Plaintiffs as counsel of record in Goldner v. Norris;

(2) that Gerard P. Fox must serve a copy of this Order on the Plaintiffs Mr. Goldner;

(3) that service of a copy of this Order, together with the papers upon which it is granted, shall be served by electronically filing the same onto the ECF Filing System,

notifying all other parties on or before _____, 202\_, and be deemed good and sufficient service.

(4) that this case is **STAYED** for _____ days to permit Plaintiffs Mr. Goldner to locate new counsel.

Dated: _____

_____
Paul A. Engelmayer, U.S.D.J.