UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC GOLDNER, GOLDEN BELL ENTERTAINMENT, LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ALEXANDER NORRIS, ANDREW MCMEEL UNIVERSAL, LLC, and ANDREWS MCMEEL PUBLISHING, LLC,<br><br>　　　　　　Defendants. | Case No.: 23-CV-04078 (PAE)(SN)<br><br>**DECLARATION OF SERVICE**<br><br>Hon. District Judge Paul A. Engelmayer |

　　　　I, Gerard P. Fox, declare under penalty of perjury that on November 22, 2024, in accordance with Local Rule 1.4, I served a true and correct copy of the Notice of Motion to Withdraw as Counsel, the Motion to Withdraw, and the Affidavit in Support of Motion to Withdraw via electronic mail to Marc Goldner individually and on behalf of, Golden Bell Entertainment, LLC, and Golden Bell Studios LLC (collectively, "Mr. Goldner"). Further, the same was served on counsel for Defendants via the Court's ECF System.

Dated: November 22, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GERARD FOX LAW, P.C.

　　　　　　　　　　　　　　　　　　　　By: /s/ Gerard P. Fox
　　　　　　　　　　　　　　　　　　　　Gerard P. Fox
　　　　　　　　　　　　　　　　　　　　1880 Century Park East, Suite 1410
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 441-0500
　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 441-4447
　　　　　　　　　　　　　　　　　　　　gfox@gerardfoxlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*
　　　　　　　　　　　　　　　　　　　　Marc Goldner; Golden Bell Entertainment, LLC *et. al.*