UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC GOLDNER, GOLDEN BELL ENTERTAINMENT, LLC, and GOLDEN BELL STUDIOS, LLC,

    Plaintiffs,

v.

ALEXANDER NORRIS, ANDREWS MCMEEL UNIVERSAL, LLC and ANDREWS MCMEEL PUBLISHING, LLC,

    Defendants.

Case No. 23-CV-04078 (PAE) (SN)

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Marc Goldner, Golden Bell Entertainment and Golden Bell Studios, and counsel for defendants Alexander Norris, that all claims over which the Court has jurisdiction, including the defendants' pending motion for fees and costs and any other proceedings that may be had before this Court in this action, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorney's fees.

Dated: January 9, 2025

By: _/s/ Eleanor M. Lackman_
Eleanor M. Lackman
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue
New York, New York 10022
(212) 509-3900
eml@msk.com

*Attorneys for Plaintiffs Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC*

By: _/s/ Christie McGuinness_
Francelina M. Perdomo Klukosky
Christie R. McGuinness
SAUL EWING LLP
1270 Avenue of the Americas, Suite 2800
New York, New York 10020
(212) 980-7200
francelina.perdomoklukosky@saul.com
christie.mcguinness@saul.com

*Attorneys for Defendant Alexander Norris*

20397974.2

Dated: January 14, 2025

**SO ORDERED.**

_____
The Hon. Paul A. Engelmayer, U.S.D.J.